IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| TROY D. DREW, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:08-cv-00041 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DEBORAH MCKNIGHT, | ) | By: Samuel G. Wilson |
|     Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ADJUDGED AND ORDERED** that Drew's complaint is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. §1915(g); Drew's request to proceed in forma pauperis is **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to a send certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 23rd day of January, 2008.

_____
United States District Judge

Dockets.Justia.com